Nathaniel J. Hill, SBN 028151
**JACKSON WHITE, P.C.**
40 North Center Street, Suite 200
Mesa, Arizona   85201
Telephone No.:   (480) 464-1111
Facsimile No.:   (480) 464-5692
Email:   nhill@jacksonwhitelaw.com
         centraldocket@jacksonwhitelaw.com
*Attorneys for Defendants*

Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 213
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Meraz, an Arizona resident;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Rollit Motors, Inc., an Arizona Corporation, and Michael Kilmer, an Arizona resident,<br><br>　　　　Defendants. | Case No.:   CV-17-1463-PHX-DGC<br><br>**JOINT MOTION TO APPROVE SETTLEMENT AND DISMISSAL OF CLAIMS, WITH PREJUDICE** |

　　　　Plaintiff Steven Meraz and Defendants Rollit Motors, Inc. and Michael Kilmer (collectively "Defendants") have reached a settlement of this matter, and their fully executed settlement agreement is attached as Exhibit "A". This matter is a claim by Plaintiff Steven Meraz for unpaid overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). Any settlement of an FLSA claim must be either supervised by the Department of Labor or approved by a court following initiation of an action under the

FLSA. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *see also, Luo v. Zynga Inc.*, No. 13-CV-00186 NC, 2014 WL 457742, at *2 (N.D.Cal. Jan. 31, 2014) ("If a settlement in an employee FLSA suit does reflect a reasonable compromise over issues, such as FLSA coverage or computation of back wages, that are actually in dispute. . .the district court may approve the settlement in order to promote the policy of encouraging settlement of litigation"), *quoting Lynn's Food*, 679 F.2d at 1355.

In this case, there exists a bona fide dispute whether the statute of limitations entirely bars Plaintiff's claims. Under 29 U.S.C. § 255(a), FLSA claims are subject to a two-year statute of limitations. However, the limitations period may be extended to a third year if the violation was "willful." *Id.*; *see also, McLaughlin v. Richland Shoe Co.*, 486 U.S. 128, 133 (1988) (a violation of the FLSA is willful if the employer "knew or showed reckless disregard for the matter of whether its conduct was prohibited by the [FLSA]").

Plaintiff filed his lawsuit over two years after his employment with Defendants ended. The parties dispute whether there would be sufficient evidence for Plaintiff to establish willfulness to extend the limitations period for a third year and allow consideration of the period of time when Plaintiff worked for Defendants. This settlement is a compromise of the risks both parties may face if litigation continued.

Both parties were fairly represented by counsel throughout the lawsuit. Mr. Hill for Defendants and Mr. Barrat for Plaintiff were the primary attorneys on this matter. Both attorneys primarily practice employment and labor matters and are experienced with FLSA cases. Both parties received the advice of counsel when entering into this settlement agreement.

The parties to the settlement agreement believe it represents a fair and reasonable compromise of the disputed issues in this case. The parties respectfully request that the Court review the parties proposed settlement agreement and determine that it represents a fair and equitable resolution of this action and dismiss Plaintiff's claims, with prejudice, while retaining limited jurisdiction to enforce the terms of the settlement, as needed.

RESPECTFULLY SUBMITTED this 27th day of November 2017.

**JACKSON WHITE**

  s/ Nathaniel J. Hill
By:   Nathaniel J. Hill, SBN 028151
40 North Center Street, Suite 200
Mesa, Arizona   85201
*Attorneys for Defendants*

**ZOLDAN LAW GROUP**

  s/ Jason Barrat (with permission)
By:   Jason Barrat, SBN 029086
14500 N. Northsight Blvd, Suite 213
Scottsdale, Arizona 85260
Attorneys for Plaintiff

I hereby certify that I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following if CM/ECF registrants, and mailed a copy of same to any non-registrants this 27th day of November, 2017:

Michael Zoldan
Jason Barrat
ZOLDAN LAW GROUP, PLLC
14500 North Northsight Boulevard, Suite 213
Scottsdale, Arizona   85260
*Attorneys for Plaintiff*


By:  s/ Caitlin Pruitt

F:\PQR\Rollit Motors, Inc\Steven Meraz\Pleadings\Joint Motion to Approve Settlement.docx