# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Steven Meraz, an Arizona resident;<br><br>      Plaintiff,<br><br>   vs.<br><br>Rollit Motors, Inc., an Arizona Corporation, and Michael Kilmer, an Arizona resident,<br><br>      Defendants. | No.: CV-17-1463-PHX-DGC<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND GRANTING CASE DISMISSAL WITH PREJUDICE** |

Pursuant to the Parties' Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal.  Doc. 30.

**IT IS ORDERED** that the parties' joint motion to approve settlement agreement and stipulation for dismissal (Doc. 30) is **granted.**   This case is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 27th day of November, 2017.


_____
David G. Campbell
United States District Judge